JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | | |
|---|---|---|
| ARTURO LARIOS SANCHEZ, | ) | No. ED CV 09-00749-GAF (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| DEBRA HERNDON, et al., | ) | |
| Respondents. | ) | |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

**IT IS ADJUDGED** that the Petition is dismissed with prejudice.

DATED: October 7, 2009

GARY A. FEESS
UNITED STATES DISTRICT JUDGE